IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSE L. LUCIO,
Petitioner,
vs.
JERRY HOWELL, WARDEN, S.D.C.C.;
AND THE STATE OF NEVADA,
Respondents.

No. 80521

FILED

FEB 19 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER DENYING PETITION*

In this original pro se petition for a writ of quo warranto or prohibition, petitioner challenges the constitutionality of the Nevada Revised Statutes.

Petitioner's claims are outside the scope of those for which quo warranto may be granted. *See Lueck v. Teuton*, 125 Nev. 674, 678-79, 219 P.3d 895, 898 (2009). We therefore decline to entertain the petition for a writ of quo warranto.

A writ of prohibition may issue to restrain the district court from acting in excess of its jurisdiction. NRS 34.320; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). This court has complete discretion in deciding whether to entertain a petition seeking such relief. *Cote H. v. Eighth Judicial Dist. Court*, 124 Nev. 36, 39, 175 P.3d 906, 908 (2008). Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing

20-06778

such relief is warranted). Accordingly, without deciding upon the merits of any claims raised, we

ORDER the petition DENIED.[1]

_____ , C.J.
Pickering

_____ , J.       _____ , J.
Hardesty                                              Cadish

Jesse Lucio
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

_____

[1]Petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). This constitutes an additional basis for denying relief.